RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:   (714) 431-1100
Facsimile:   (714) 431-1119

Attorneys for Movant,
MERCEDES-BENZ VEHICLE TRUST
SUCCESSOR IN INTEREST TO DAIMLER TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor. | Case No. 23-30668<br><br>Chapter 11<br><br>RS No: RPM-92 |
| MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST,<br><br>Movant.<br><br>vs.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Respondents. | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO LOCAL RULE 4001-1 AND 9014-1(f)(1)<br><br>Date:   January 11, 2024<br>Time:   9:30 a.m.<br>Ctrm:   17 via Tele/Videoconference |

PLEASE TAKE NOTICE that at the above date and time, or as soon thereafter as the matter may be heard, in the U. S. Bankruptcy Court for the Northern District of California, San Francisco Division, located at **450 Golden Gate Avenue, Courtroom 17, San Francisco, CA 94102** pre-petition Lessor MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST ("Movant") shall move this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant, its successors, transferees, and assigns.

Movant shall move this Court for an Order for relief from stay pursuant to 11 U.S.C. §362(d)(1) and (d)(2), in order to allow Movant to enforce its remedies under a California Motor Vehicle Lease Agreement between Movant and Debtor for the lease of a 2022 Mercedes-Benz GLE450; VIN 4JGFB5KB9NA647266 (the "Vehicle"), including its right to repossess or otherwise obtain possession of and to liquidate its leased vehicles in accordance with applicable non-bankruptcy law, subject to the limitation that any deficiency claim against Debtor or property of the estate shall not be pursued except by filing a proof of claim pursuant to 11 U.S.C. § 501.

Movant additionally seeks an Order that the 14-day stay of F.R.B.P. 4001(a)(3) shall not apply, and that the Order terminating the stay be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Debtor is advised pursuant to Local Rule 4001-1, to appear personally or by counsel at the hearing on this Motion at the above-stated date, time and place. You are further advised that pursuant to Local Rule 4001-1(f), you may, but are not required to, file responsive pleadings, points and authorities, and declarations for any preliminary hearing. FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION.

PLEASE TAKE FURTHER NOTICE that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: December 19, 2023            COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
RANDALL P. MROCZYNSKI
Attorneys for Movant
MERCEDES-BENZ VEHICLE TRUST
SUCCESSOR IN INTEREST TO DAIMLER TRUST