RAPSON LAW OFFICES
DAVID J. RAPSON, State Bar No. 111972
318 San Carlos Avenue
Piedmont, California 94611
Telephone: (510) 286-2080
E-mail: rapsonlaw@gmail.com

Attorneys for Community Bank
of the Bay

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor. | Case No. 23-30668-DM<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE FOR COMMUNITY BANK OF THE BAY TO FILE COMPLAINT EXCEPTING DEBTS FROM DISCHARGE** |

IT IS HEREBY STIPULATED by and between debtor Nariman Seyed Teymourian (the "Debtor") and creditor Community Bank of the Bay ("CBB") (collectively, the "Parties"), by their respective counsel, as follows:

1. This case was commenced by the Debtor on October 3, 2023 and the Court thereafter set a deadline of January 8, 2024 by which parties in interest shall file complaints excepting debts from discharge under 11 USC § 523(a)(2),(4),or (6) (the "Deadline"). The Deadline has not been extended;

2. The Debtor owes debts (the "Debts") to CBB;

3. CBB believes that facts exist supporting one or more claims by it against the Debtor (the "Claims") that the Debts are not dischargeable under one or more provisions of 11 USC § 523(a);

4. CBB is currently attempting to both assess and mitigate its damages which it believes are caused by the Claims;

5. The Parties are attempting to resolve the Claims without the need for CBB to file a complaint excepting the Claims from discharge;

-1-

6. CBB believes that the extent to which it may have been damaged by the circumstances which it believes give rise to the Claims will be affected by its recovery from the proceeds of the eventual sale of the real property commonly known as 66 Barry Lane, Atherton, California (the "Property");

7. The Parties believe that a sale of the Property may be concluded by April 15, 2024; and

8. The Parties believe that, as a consequence of the foregoing, it is in the interests of judicial economy to extend the Deadline for CBB by approximately ninety (90) days to April 9, 2024, or to such other date specified by the Court.

Dated: December 27, 2023

RAPSON LAW OFFICES

By /s/ David J. Rapson
---
David J. Rapson
Attorneys for Community Bank of the Bay

Dated: December 27, 2023

ANCHOR LAW GROUP

By /s/ Barzin Barry Sabahat
---
Barzin Barry Sabahat
Attorneys for Debtor Nariman Seyed Teymourian

-2-