Barzin Barry Sabahat (SBN 164248)
940 Saratoga Ave., #112
San Jose, CA 95129
Telephone: (408) 500-5280
Email: barry@anchorlawgroup.com

Attorney for Debtor,
Nariman Seyed Teymourian

# UNITED STATES BANKRUPTCY COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re NARIMAN SEYED TEYMOURIAN, Debtor. | Chapter 11<br>Bk. No. 23-30668-DM<br><br>Date: January 12, 2024<br>Time: 10:00 am<br>Place: Hearing to be conducted by tele/video conference. |
|---|---|

Now comes Debtor / Debtor-in-possession, Nariman Teymourian, by and through his counsel of record, Barzin Barry Sabahat and hereby submits the instant Continued Status Conference Statement for the Status Conference set for December 1, 2023, at 11:00 A.M. in this Court.

## STATEMENT OF THE CASE

**General Background and The Proposed Plan of Reorganization**

On October 3, 2023, Debtor filed the instant case as a result of unfavorable and procedurally defective ruling in a state court proceeding styled *Teymourian, et al. v. Waltimyer et al.*, and bearing the case number 22CIV04679. (Hereinafter referred to as the "Civil Matter.") In that matter, Debtor alleges that one of the Debtor's creditors, Dakota Note, LLC, (hereinafter, "Dakota") wrongfully and fraudulently misapplied a six million Dollar ($6,000,000) payment

Debtor's Status Conference Statement
- 1 -

Case: 23-30668   Doc# 90   Filed: 01/05/24   Entered: 01/05/24 10:43:25   Page 1 of 5

made to it with specific instructions for the funds to be applied to Debtor's then home located in 66 Barry Lane, Atherton, California, (hereinafter, the "Property,") and applied the same to another debt. Dakota's officers have admitted that the payment was received. Dakota initially issued an accounting showing that the funds were applied to the Note secured by the Property. However, later, Dakota reapplied payment to another alleged debt by the Debtor. This caused the Note to be in default and Dakota initiated foreclosure proceedings.

Debtor initiated the Civil Proceedings and sought a Temporary Restraining Order preventing Dakota from going forward with the foreclosure until a preliminary injunction hearing could be held. The civil court denied the request for the Temporary Restraining Order, however, in a departure from normal legal procedure, failed to set a hearing for the preliminary injunction. Without a hearing on preliminary injunction, the property was foreclosed on and the Property worth $22,000,000, was sold to 66 Barry Lane, LLC for $3,000,000. It is important to note that at the time of the foreclosure and issuance of the Trustee's Deed, 66 Barry Lane, LLC did not exist. It is further important to note that 66 Barry Lane, LLC is controlled by the same individuals who run Dakota. It appears that the transfer of the LLC to 66 Barry Lane, LLC was an attempt by Dakota to make the sale look like a sale to a bonafide purchaser. Thereafter Barry Lane, LLC initiated an unlawful detainer proceedings. This bankruptcy was filed on the day the unlawful detainer court was hearing arguments on a motion for summary judgment brought by plaintiff. There were no state civil proceedings that could stop the eviction and bankruptcy was debtor's only option.[1] Debtor also initiated an adversary proceeding in this matter essentially mirroring the Civil Matter.

After careful consideration it is unlikely that Debtor can produce a feasible plan and as such it is very likely that debtor will be filing either a motion to dismiss the matter or to convert the case to a Chapter 7. That decision is currently being researched and considered. It is expected that the motion will be filed before the hearing on this Status Conference.

---

[1] Subsequently, this Court granted Dakota's motion for relief from automatic stay and the bankruptcy matter was completed. Debtor was forced to move and Debtor relocated to Connecticut on or about November 20, 2023.

## INCOME TO SERVICE CHAPTER 11 PLAN

Given that Debtor will be filing either a motion to dismiss or convert to a Chapter 7, no income will be necessary for a plan.

## ANTICIPATED DATE FOR FILING A PLAN

Given that Debtor will be filing either a motion to dismiss or convert to a Chapter 7, no plan will be filed.

## STATUS OF MONTHLY OPERATING REPORTS AND DEBTOR IN POSSESSION ACCOUNTS.

Debtor has prepared and transmitted to Trustee's office monthly reports for October and November. They will be filed with the Court forthwith.

## STATEMENT REGARDING INSURANCE

Documents relating to insurance were transmitted to the Trustee.

## POST-CONFIRMATION SALE OF ASSETS

In as much as no Plan will be filed, there will be no confirmation of a plan and as such not post-confirmation sale of assets.

## OBJECTIONS TO CLAIMS

The only claim that is in dispute in this bankruptcy is that by Dakota and/or 66 Barry Lane. The reasons are state above.

## STATUS OF PENDING LITIGATION IN OR OUTSIDE THIS COURT

The unlawful detainer stated above resulted in judgement against Debtor.

The Civil Matter is still pending. One of the Defendants in the Civil Matter, 66 Barry Lane, LLC has also filed a Chapter 11 Bankruptcy which will result in automatic stay.

The adversary proceedings in this case is still pending. Debtor's attorney served most of the Defendants in the matter. Counsel for Dakota Note and 66 Barry Lane, LLC contacted undersigned counsel and stated that the service was problematic, but that he would be willing to accept service of process on behalf of his client. Undersigned counsel agreed.

## ADDITIONAL INFORMATION

Debtor's Status Conference Statement
- 3 -

Case: 23-30668   Doc# 90   Filed: 01/05/24   Entered: 01/05/24 10:43:25   Page 3 of 5

At the last Status Conference hearing, the Court advised Debtor's attorney to associate in more experienced counsel for Debtor in this case. Undersigned counsel agreed and has been trying to find more experienced Chapter 11 counsel to either associate into the case or to take over the matter. Counsel's office has not been able to get any experienced attorney to be involved in this matter.

Dated: January 5, 2024          By: _____/s/_____

# Certificate of Service

*\*\*All CM/ECF registrants including the U.S. Trustee Office\*\**