

```
                            Entered on Docket
                            January 26, 2024
                            EDWARD J. EMMONS, CLERK
                            U.S. BANKRUPTCY COURT
                            NORTHERN DISTRICT OF CALIFORNIA

                            Signed and Filed: January 26, 2024
```

1  Christopher M. McDermott (SBN 253411)
   cmcdermott@aldridgepite.com
2  Greg P. Campbell (SBN 281732)
   gcampbell@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   8880 Rio San Diego Drive, Suite 725
4  San Diego, CA 92108
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for JPMorgan Chase Bank, N.A.

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

7              **UNITED STATES BANKRUPTCY COURT**

8        **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

9  In re                                    Case No. 23-30668-DM

10 NARIMAN SEYED TEYMOURIAN,                 Chapter 11

11                                           R.S. No. CM-022

12                                           **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

13
                                             **Hearing**:
14                                           Date:  January 25, 2024
                                             Time:  9:30 A.M.
15                                           Ctrm:  ZOOM Tele/Videoconference

16
                  Debtor.
17

18

19      The above-captioned matter came for hearing on January 25, 2024, at 9:30 A.M., upon

20 the Motion of JPMorgan Chase Bank, N.A. ("Movant"), for relief from the automatic stay of 11

21 U.S.C. § 362, to enforce its interest in the personal property of Nariman Seyed Teymourian

22 ("Debtor") described as 2021 McLaren 720S, VIN No. SBM14FCA2MW006294 (the

23 "Vehicle").

24      Appearances as noted on the record.

25 /././

26 /././

27 /././

28 /././

- 1 -                                                    CASE NO. 23-30668-DM
**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362(a), is hereby terminated to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Vehicle; and

2) Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.

** END OF ORDER **

**COURT SERVICE LIST**

Nariman Seyed Teymourian
66 Barry Lane
Atherton, CA 90247