

Signed and Filed: April 5, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30668-DM |
| NARIMAN SEYED TEYMOURIAN, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |

**ORDER DENYING MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY**

On April 5, 2024, the court held a hearing on the *Motion for Willful Violation of Automatic Stay by Debtor Nariman Seyed Teymourian and Attorney Barzin Barry Sabahat* (Dkt. 153) filed by creditor 66 Barry Lane, LLC. Appearances are noted on the record. For the reasons stated on the record, the motion is DENIED.

**\*\*END OF ORDER\*\***

-1-

COURT SERVICE LIST

Nariman Seyed Teymourian
66 Barry Lane
Atherton, CA 90247

-2-