NATHAN A. SCHULTZ (SBN 223539)
nschultzesq@gmail.com
LAW OFFICE OF NATHAN A. SCHULTZ, P.C.
10621 Craig Road
Traverse City, MI 49686
Telephone: 310-429-7128

Counsel for Steve Spurlock, Andy Fisher,
Hugh Cornish and Dorian McKelvy

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor. | Bk. No. 23-30668-DM<br><br>Chapter 7<br><br>**SECOND STIPULATION TO EXTEND DEADLINES FOR (I) ANDY FISHER, DORIAN MCKELVY, HUGH CORNISH & STEVE SPURLOCK TO FILE COMPLAINT EXCEPTING DEBTS FROM DISCHARGE; AND (II) DEBTOR TO FILE REAFFIRMATION AGREEMENT** |

IT IS HEREBY STIPULATED by and between Debtor Nariman Seyed Teymourian (the "Debtor") and Creditors Andy Fisher, Dorian McKelvy, Hugh Cornish, and Steve Spurlock (collectively, the "Parties"), by their respective counsel, as follows:

1. This case was commenced by the Debtor on October 3, 2023, and the Court thereafter initially set a deadline of January 8, 2024, by which parties in interest shall file complaints excepting debts from discharge under 11 *U.S.C.* § 523(a)(2), (4), or (6) (the "523 Deadline").

2. Bankruptcy Rule 4008(a) also initially established a deadline of January 8, 2024 for the Debtor to file a reaffirmation agreement (the "524(c) Deadline", and together with the 523 Deadline, the "Deadlines").

3. The Parties previously agreed to extend the Deadlines through and including April 9, 2024.

4. In light of the developments in the Debtor's case to date and the matters remaining to be resolved, the Parties have agreed to extend the Deadlines for Andy Fisher, Dorian McKelvy, Hugh Cornish, and Steve Spurlock through and including July 31, 2024.

Dated: April 8, 2024          LAW OFFICE OF NATHAN A. SCHULTZ, P.C.

By: _____
Nathan A. Schultz
Attorney for Andy Fisher,
Dorian McKelvy, Hugh Cornish, and Steve Spurlock

Dated: April 8, 2024          Nariman Seyed Teymourian

By: _____