Barzin Barry Sabahat (SBN 164248)
By The Law, APC
285 Payne Ave, Suite 9691
San Jose, CA 95117
Telephone: (408) 500-5280
Email: barry@anchorlawgroup.com

Attorney for Debtor,
Nariman Seyed Teymourian

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

NARIMAN SEYED TEYMOURIAN

Debtor

Bk. No. 23-30668-DM

Chapter 7

**DECLARATION OF BARZIN BARRY SABAHAT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

I, Barzin Barry Sabahat, declare as follows:

1. I am the counsel of record for the Debtor, Nariman Seyed Teymourian ("Debtor"), in the above-described bankruptcy case. I have personal knowledge of the facts stated in this declaration, and could and would competently testify about such facts if called as a witness.

2. Debtor retained me to represent him in a Chapter 11 bankruptcy case. On October 3, 2023, I filed a voluntary petition for relief on an emergency basis, on his behalf. The 341 hearing in this case was repeatedly continued in large part due to Debtor's failure to respond to counsel's request for information.

3. Irreconcilable differences between myself and the Debtor have arisen. Without discussing the details of such differences out of concern for attorney-client confidences, it is clear and unambiguous that the attorney-client relationship has broken down. There are great differences

1  of opinion between the Debtor and me. I must withdraw. In addition, on several occasions the
2  Debtor has informed me that my firm's representation of the Debtor is terminated.
3       4.      Good cause exists to permit withdrawal as notice was provided to the Debtor of
4  the consequences of his inability to appear without counsel and the Debtor has consented to my
5  withdrawal.
6       5.      The aforesaid breakdown in the attorney-client relationship and strong difference of
7  opinion render it unreasonably difficult for me to carry out its representation within the meaning of
8  the California Rules of Professional Conduct.
9       6.      Pursuant to the California Rules of Professional Conduct, I have taken steps to
10 minimize any prejudice to Debtor.
11      7.      I will serve Debtor with all documents related to this motion.

13 I declare under penalty of perjury under the law of the state of California and the United
14 States that the foregoing is true and correct. This declaration was executed in San Jose, California,
15 on April 2, 2023.

By: _____
    Barzin Barry Sabahat, Esq.