Barzin Barry Sabahat (SBN 164248)
By The Law, APC
285 Payne Ave, Suite 9691
San Jose, CA 95117
Telephone: (408) 500-5280
Email: barry@anchorlawgroup.com

Attorney for Debtor,
Nariman Seyed Teymourian

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

NARIMAN SEYED TEYMOURIAN

Debtor

Bk. No. 23-30668-DM

Chapter 7

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR AND OPPORTUNITY FOR HEARING**

**TO: DEBTOR NARIMAN SEYED TEYMOURIAN AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Barzin Barry Sabahat, Esq. has filed a Motion to Withdraw as Counsel for Debtor, on June 21, 2024 at 10:00 A.M., document number 177. Please refer to the motion and supporting declaration for further details to determine whether your rights are affected.

**PLEASE TAKE FURTHER NOTICE**

(i) That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed;

(ii) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

(iii) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(iv) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

v) In the event of a timely objection or request for hearing, (either):

    (a) The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

    (b) The tentative hearing date, location, and time.

Dated: April 24, 2024                By: _____
                                                 Barzin Barry Sabahat, Esq.
                                                   Attorney for Debtor,
                                               Nariman Seyed Teymourian