ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com

Attorneys for Sarah Little, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Nariman Seyed Teymourian<br><br>Debtor. | Case No. 23-30668 DM<br><br>Chapter 7<br><br>**STIPULATION FOR ORDER GRANTING RELIEF FROM STAY REGARDING TERMINATION OF COUNTRY CLUB MEMBERSHIP AND REQUIRING TURNOVER TO TRUSTEE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Sarah L. Little, Chapter 7 Trustee of the bankruptcy estate of Nariman Seyed Teymourian. (the "Trustee") and Menlo Country Club as follows:

## RECITALS

1) Nariman Seyed Teymourian ("Teymourian" or "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on October 3, 2023. on January 26,2024 the case was converted to Chapter 7 and Sarah Little was appointed as Chapter 7 Trustee.

2) Teymourian owns a membership to Menlo Country Club (the "Membership")which was not disclosed in his bankruptcy schedules but is property of his bankruptcy estate.

3) The Membership is non-transferrable and cannot be sold by Teymourian pursuant to the club by-laws.

4) The Membership has a fixed value to Teymourian and therefore the bankruptcy estate which includes $5,000 for his membership certificate, $55,000 100% refundable clubhouse assessment and a $10,000 50% refundable golf assessment for a total value of $65,000 (the "Membership Termination Reimbursement ").

5) Teymourian's membership status is currently "suspended" for non-payment of monthly dues which are currently past-due in the amount of $9,427.85 through June 2024 and accrue monthly at the current rate of $2,126.

6) The Chapter 7 Trustee has demanded that Menlo Country Club terminate the Membership and turnover all proceeds to her as trustee of the bankruptcy estate.

7) Menlo Country Club has requested relief from the bankruptcy stay to terminate the membership via expulsion and for an order 1) allowing set off of all unpaid dues 2) allowing a set off for attorney fees up to $15,000 owed to Menlo Country Club pursuant to the club by-laws for bankruptcy related legal fees and legal fees related to the Teymourian's membership suspension and 3) authorizing turnover of the net proceeds to the Chapter 7 Trustee instead of to the terminated member.

## **STIPULATION**

A) The bankruptcy automatic stay shall be terminated to allow Menlo Country Club to take all measures necessary to terminate the Membership and reissue the certificate of membership to a new member.

B) Once the Membership has been terminated and reissued to a new member, Menlo Country Club:

i. is authorized to set off the Membership Termination Reimbursement for any outstanding and unpaid dues owing through June 2024 by Teymourian and attorney fees up to $15,000; and

ii. shall turnover the net Membership Termination Reimbursement to the Chapter 7 Trustee and made payable to Sarah Little Trustee for Estate of Teymourian.

Dated: July 18, 2024 Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

By: /s/ Eric Nyberg
(Bar No. 131105)
Attorneys for Sarah Little, Chapter 7 Trustee

Dated: July 18, 2024 Spencer Fane LLP

By: /s/ Eric Peterson
(Bar No. 206578)
Attorneys for Menlo Country Club