Patrick M. Costello, Esq. (Bar No. 117205)
VECTIS LAW
303 Twin Dolphin Dr., 6th Floor
Redwood City, CA 94065
Telephone: (650) 622-5097
E-mail: pcostello@vectislawgroup.com

Attorneys for Sandra Ferrando

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor. | Chapter 7<br><br>Case No.: 23-30668-DM<br><br>R.S. No.: PMC-4<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: September 19, 2024<br>Time: 9:30 a.m.<br>Ctrm: ZOOM Tele/Videoconference |

Sandra Ferrando, as trustee for the Joseph and Sandra Ferrando Living Trust, dated September 4, 1998 ("**Movant**") hereby moves for relief from the automatic stay as set forth herein in the above-captioned case pursuant to Bankruptcy Code Section 362(d)(1), Rule 4001 of the Federal Rules of Bankruptcy Procedure and L.B.R. 4001-1.

## RELIEF REQUESTED

1. Movant requests relief from the automatic stay to permit Movant to take all steps necessary under state law to seek and obtain entry of a joint and several judgment against Nariman Teymourian ("**Debtor**") and Ferrando Diversified Capital LLC, a non-debtor ("**FDC**") in a San Mateo County Superior Court (the "**State Superior Court**") case captioned *Sandra Ferrando vs. Ferrando Diversified Capital, LLC and Nariman Teymourian*, Case No.21-CIV-06355 ("**Superior Court Case**"), pursuant to court supervised settlement reflected in a Minute Order dated September 14, 2023 ("**Minute**

**Order**") entered in the Superior Court Case. A copy of the Minute Order is attached to the Declaration of Nathan Pastor In Support of Motion for Relief from Stay ("**Pastor Decl**.") as <u>Exhibit A</u>.

2. The relief from stay requested is limited in nature: Movant seeks relief from stay only as necessary to permit Movant to apply to the State Superior Court and for the State Superior Court to enter a judgment for joint and several liability against the Debtor and FDC for $2,400,000 plus interest as contemplated by the Minute Order. Relief from stay will not extend to enforcement of the judgment against property of the estate or any post-petition property of the Debtor (until and unless the Debtor is denied a discharge).

## BACKGROUND

3. On November 29, 2021, Movant filed an action against the Debtor and FDC in San Mateo County Superior Court, Case No. 21-CIV-06355 (the "**Superior Court Case**") for breach of contract. As a result of a mandatory settlement conference held on September 14, 2023, the parties entered into a court supervised settlement pursuant to which FDC and the Debtor were jointly and severally obligated to pay Movant the principal amount of $2,400,000 plus interest at the rate of 3% per annum payable by September 14, 2024 as reflected in the Minute Order. The Minute Order further provides that Movant is entitled to seek and obtain entry of judgment against the defendants if the settlement amount is not paid by September 14, 2024. Movant has not received the settlement amount, and there is no prospect that either the Debtor or FDC will pay the settlement amount.

## GROUNDS FOR RELIEF

4. Movant seeks relief from stay to permit Movant to apply to the State Superior Court and for the same to grant a judgment against the Debtor and FDC on a joint and several basis as contemplated by the Minute Order. The relief from stay will not extend to enforcement actions against the property of the estate or the post-petition property of the Debtor (unless an order denying discharge is entered). Accordingly, there is no detriment to either the estate or the Debtor from this limited relief.

5. This Motion is based on the evidence set forth in the Declaration of Nathan Pastor In Support of Motion for Relief from Stay; the Declaration of Patrick Costello In Support of Motion for Relief From Stay; and the arguments in the Memorandum of Points and Authorities In Support of Motion for Relief from Stay filed concurrent herewith.

## CONCLUSION

WHEREFORE, Movant respectfully requests the Court entering its order:

(i) granting relief from stay for Movant to proceed to obtain a judgment for joint and several liability against the Debtor and FDC in the Superior Court Case and for the State Superior Court to enter such a judgment;

(ii) waiving the stay on the effectiveness of such order pursuant to F.R.B.P. 4001(a)(3); and

(iii) granting such further relief as the Court deems appropriate.

Date: August 30, 2024                                  Respectfully Submitted,

**VECTIS LAW**

By: /s/ Patrick M. Costello
    Patrick M. Costello
    Attorneys for Sanda Ferrando