Brette L Evans, sbn: 177042
Kelly L. Klokow, sbn: 280316
Evans Law Offices
255 N. Market Street, Ste 110
San Jose, CA 95110
Ph:  (408) 298-8910
Fax:  (408) 298-8911
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30668 DM |
| NARIMAN SEYED TEYMOURIAN, | Chapter 7 (converted from Chapter 11) |
| Debtor(s). | **NOTICE OF MOTION FOR EXTENSION OF TIME TO SATISFY 11 USC §521 AND BR §4002 REQUIREMENTS AND REQUEST TO NARROW THE SCOPE OF THE TRUSTEE DOCUMENT DEMAND** |
| | Date: 11/22/24<br>Time: 10:00 am<br>Place: Video or Telephonic |

NOTICE IS HEREBY GIVEN that the debtor herein, Nariman Seyed Teymourian ("Debtor") has filed a motion that seeks an extension of time to satisfy the duties that Debtor has under 11 USC §521(3) and Bankruptcy Rule 4002. Debtor also seeks to clarify and/or narrow the scope of the Trustee demand for documents (the "Motion"). The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The Motion is set to be heard on at the above-stated time and location. Any opposition to the requested relief shall be filed and served on the initiating party no less than 7 days before the

1

actual scheduled hearing date.  Any objection should be filed with the clerk's office of the U.S. Bankruptcy Court located at 450 Golden Gate Ave., 5th Fl, San Francisco, California 94102, Any objecting party shall ensure that they comply with the Bankruptcy Local Rules with respect to the manner of filing objections.  In the absence of an objection to the requesting relief, the Court may enter the order by default.

Dated:   10/28/24                                                           /s/ Brette L. Evans
                                                                            Brette L. Evans, attorney for debtor