Entered on Docket
November 18, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 18, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Evans Law Offices
Brette L. Evans (177042)
Kelly Klokow (280316)
255 N. Market St., Ste 110
San Jose, CA 95110
Phone: (408) 298-8910
Fax: (408)298-8911
evanslawoffices@gmail.com
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

NARIMAN SEYED TEYMOURIAN,

    Debtor.

Case No.: 23-30668 DM
Chapter 7

ORDER APPROVING STIPULATION ALLOWING EXTENSION OF TIME TO SATISFY BANKRUPTCY CODE §521 AND BANKRUPTCY RULE 4002 AND REQUIREMENTS TO NARROW THE SCOPE OF THE TRUSTEE DOCUMENT DEMAND

The Court having reviewed the *Stipulation Allowing Extension of Time to Satisfy Bankruptcy §521 and Bankruptcy Rule 4002 and Requirements to Narrow the Scope of the Trustee Document Demand* (Docket No. 216) filed on November 13, 2024 and good cause appearing,

HEREBY ORDERS, the stipulation is approved.

** END OF ORDER **

- 1 -

**COURT SERVICE LIST**
**All parties entitled to service shall receive either electronically or by Debtor's Counsel**