Brette L. Evans (State Bar No. 177042)
EVANS LAW OFFICES
255 N. Market Street, Suite 110
San Jose, California 95110
Tel: 408-298-8910
Fax: 408-298-8911
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NARIMAN TEYMOURIAN<br><br>Debtor(s). | Case Number: 23-30668 DM<br>CHAPTER 7<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Date: 1/10/25<br>Time: 10:00 a.m.<br>Place: Hearing by Zoom or Telephonically** |

**MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR**

Attorney for Debtor herein, Brette L. Evans ("attorney"), moves this Court for an Order permitting attorney to withdraw as attorney for the Debtor, Nariman Teymourian (hereinafter referred to as "Debtor"). The grounds for the motion are:

**1.    California Rule of Professional Conduct 1.16(a)(2), Mandatory Withdrawal**

California Rule of Professional Conduct ("CA Rule PC") 1.16 sets forth the basis for both mandatory and permissive withdrawal. CA Rule PC 1.16(a), states in relevant part, a lawyer shall not represent a client or, where representation has commenced, shall withdraw under

circumstances that the lawyer knows that continued representation will result in violation of the CA Rules of Professional Conduct. Circumstances have arisen for attorney making following of the rules of professional conduct impossible and on that basis, attorney requests an order relieving her as attorney of record for Debtor.

**2.     California Rule of Professional Conduct 1.16(a)(2), Permissive Withdrawal**

Debtor's communications with attorney have broken down, and are no longer at a level required for quality representation. Attorney cannot discharge her duties required under California Rules of Professional Conduct. Attorney believes that California Rule of Professional Conduct 1.16(b)(4) requires her to withdraw due to the break down of communication and the futility of moving forward with this client. Further, the Debtor, by other conduct, renders it unreasonably difficult for attorney to carry out the representation effectively.

As set forth in the attached certification of service, this motion was served on the Debtor and all interested parties by first class mail. If this motion is granted, the Debtor may be served with notices and papers at 125 Greenley Road, New Canaan, CT 06840

Dated: 12/6/2024                                                               **EVANS LAW OFFICES**

                                                                                         /s/ *Brette L. Evans*

                                                                                 **By: _____**
                                                                                     **Brette L. Evans, Attorney at Law**