Brette L. Evans (STATE BAR NO. 177042)
EVANS LAW OFFICES
255 N. Market Street, Suite 110
San Jose, California 95110
TEL: 408-298-8910
FAX: 408-298-8911
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NARIMAN TEYMOURIAN,<br><br>Debtor(s). | Case Number: 23-30668 DM<br>CHAPTER 7<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Date: 1/10/25**<br>**Time: 10:00 a.m.**<br>**Place: Hearing by Zoom or Telephonically** |

I, Brette L. Evans, do hereby declare:

1. I am an Attorney at Law, duly licensed to practice law in the courts of the State of California, and I am attorney of record for Debtor herein.

2. I have been practicing law for 30 years and am familiar with the California Rules of Professional Conduct. Circumstances are such that I cannot continue to represent the Debtor and follow all of the required cannons of ethics as an attorney. I am no longer comfortable with continued representation.

3. Furthermore, a breakdown has occurred in the attorney-client relationship between myself and the Debtor.

4. The debtor has expressed a degree of communication that makes it impossible to move forward as his attorney of record. I cannot discharge the duties required under California Rules of Professional Conduct. California Rule of Professional Conduct 1.16(b)(4) requires that I withdraw due to the break down of communication. Further, the Debtor, by other conduct, renders it unreasonably difficult for me to carry out effective quality representation.

5. Based upon my experiences with this client, I believe that I can no longer represent Debtor's interests in the manner required of me by my personal ethics and the standards of the California State Bar of California.

6. Therefore, it is requested that I be relieved as attorney of record for Debtor, Nariman Teymourian.

Date: 12/6/20024            **Evans Law Offices**

/s/ Brette L. Evans

Brette L. Evans