Brette L. Evans, sbn: 177042
Kelly L. Klokow, sbn: 280316
Evans Law Offices
255 N. Market Street, Ste. 110
San Jose, CA 95110
Ph: (408) 298-8910

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:  ) Case No.: 23-30668 DM
)
) **NOTICE OF MOTION TO WITHDRAW**
) **AS ATTORNEY OF RECORD**
NARIMAN TEYMOURIAN, )
) Ca Rules of Professional Conduct 1.16(a)(2),
) 1.16(b)(4)
)
) Date: 1/10/2025
) Time: 10:00 am
) Place: Matter to be Heard Telephonically or
Debtor(s). ) by video Conference
) Honorable Dennis Montali
)
)
)
)
)

NOTICE IS HEREBY GIVEN that a Motion to Withdraw as Attorney of Record is set to be heard on at the above-stated time, at the United States Bankruptcy Court, Northern District of California, San Francisco Division. The hearing on this matter will take place remotely by video or telephone. No in-person appearance in the courtroom is available. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Any opposition to the requested relief shall be filed and served on the initiating party no less than 7 days before the actual scheduled hearing date. Opposition can be filed with the US Bankruptcy Court at 450 Golden Gate Ave., 18th Fl, SF CA 94102 or by mailing to 450 Golden Gate Ave., Mailbox 36099, SF CA 94102. In the absence of an objection to the requested relief, the Court may enter the order by default.

EVANS LAW OFFICES

Dated: 12/6/2024   /s/*Brette L. Evans*
Attorney for the Debtor(s)