Brette L. Evans 1770142
Evans Law Offices
255 N. Market Street, Suite 110
San Jose, CA 95110
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:

NARIMAN TEYMOURIAN,

Debtor(s).

Chapter 7
Case No. 23-30668 DM

**CERTIFICATE OF SERVICE BY MAIL**

I am over 18 years of age and not a party to this action. I am employed in the City of San Jose, County of Santa Clara, California. My business address is 255 N. Market Street, San Jose, California 95110.

I served a true copy of the attached document(s) on the person(s) listed below by placing a true copy, enclosed in a sealed envelope for collection and mailing, on the date shown below, and at the business address shown above, following our ordinary business practices. I am familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business, with the United States Postal Service with postage fully paid.

**DATE OF DEPOSIT:** December 12, 2024
**EXACT TITLE OF DOCUMENTS SERVED**: Notice of Hearing, Motion to Withdraw as Attorney of Record, Declaration in Support of Motion
**ADDRESSED AS FOLLOWS:**

Sarah I. Little
Chapter 7 Trustee
**(Electronically Served)**

US Trustee
**(Electronically Served)**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, this 12th day of December in the year 2024 in the City of San Jose, in the State of California.

/s/ David Tafaoimalo
David Tafaoimalo

See Attached Mailing List

Label Matrix for local noticing
0971-3
Case 23-30668
California Northern Bankruptcy Court
San Francisco
Mon Oct 28 16:04:52 PDT 2024

66 BARRY LANE LLC, its successors and/or ass
c/o Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903-1966

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Community Bank of the Bay
180 Grand Avenue
Suite 1550
Oakland, CA 94612-3703

Dakota Note, LLC, and Natural Software Syste
c/o Scheer Law Group, LLP
155 N. Redwood Drive
Suite 100
San Rafael, CA 94903-1966

Hu-HanTwo LLC
86 Michaels Way
Atherton, CA 94027-4144

(p)BK SERVICING LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

PALADIN FUNDING, INC.
c/o Mark M. Garay
430 Ridge Road
Tiburon, CA 94920-1813

Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656-4128

Technology Credit Union
c/o Wright, Finlay & Zak, LLP
attn: Arnold L. Graff, Esq.
4665 MacArthur Court
Suite 200
Newport Beach, CA 92660-1811

(p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102-3428

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Auto Service
911 Harrison St
San Francisco, CA 94107-1008

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
P.O. Box 6500
Sioux Falls, SD 57117-6500

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Community Bank of the Bay
David J. Rapson
318 San Carlos Avenue
Piedmont, CA 94611-4119

Cornish Family Trust dated 1/18/99
c/o Law Office of Nathan A. Schultz, P.C
10621 Craig Road
Traverse City, MI 49686-9221

County of San Mateo
c/o Dara L. Silveira
Keller Benvenutti Kim LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-5401

DAKOTA NOTE, LLC
3916 North Potsdam Ave.
Suite 8047
Sioux Falls, SD 57104-7048

DAKOTE NOTE, LLC
3916 North Potsdam Ave.
Suite 8047
Sioux Falls, SD 57104-7048

Dakota Note, LLC
c/o Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903-1966

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dorian McKelvy
130 Shawnee Pass
Portola Valley, CA 94028-7629

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fisher Living Trust Dated May 22, 2009
c/o Law Office of Nathan A. Schultz, P.C
10621 Craig Road
Travese City, MI 49686-9221

Forty Niners Football Company LLC
4949 Marie P DeBartolo Way
Santa Clara CA 95054-1156

Gail Suzanne Teymoruian
66 Barry Lane
Atherton, CA 94027-4023

Gail Suzanne Teymourian
66 Barry Lane
Atherton, CA 94027-4023

Genesis Capital LLC
c/o Snell & Wilmer LLP
Attn: Eric Pezold
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

Genesis Financial Services
15303 Ventura Blvd.
Suite 7004
Sherman Oaks, CA 91403-3110

Hu-Han Two LLC
86 MICHAELS WAY
Atherton, CA 94027-4144

Hu-Hantwo LLC
c/o Michael B. Lubic
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067-4003

Hugh Cornish
1125 Merrill St
Menlo Park, CA 94025-4379

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Lyten Inc
145 BAYTECH DRIVE
San Jose, CA 95134-2303

M360 Baytech Office Holdings, LLC
Snell & Wilmer, LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

Mckelvy Revocable Trust U/A/D 3/8/06 JDM Sep
c/o Law Office of Nathan A. Schultz, P.C
10621 Craig Road
Traverse City, MI 49686-9221

Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262-0685

Money360, Inc.
999 CORPORATE DRIVE
STE 215
Ladera Ranch, CA 92694-2148

Nathan A. Schultz
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686-9221

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3402

Paladin Financial
4105 Lexington Ave N Suite
Suite 230
Saint Paul, MN 55126-6114

Paladin Funding, Inc.
430 Ridge Road
Tiburon, California 94920-1813

Paul Greenfield
2597 Flagstone Drive
San Jose, CA 95132-2611

STANFORD HEALTH CARE
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Sandra Ferrando
305 Selby Ln
Atherton, CA 94027-3932

Sandra Ferrando
c/o Vectis Law
Attn: Patrick Costello
303 Twin Dolphin Dr., 6th Floor
Redwood City, CA 94065-1497

Spurlock Family Revocable Trust U/A/D May 31
c/o Law Office of Nathan A. Schultz, P.C
10621 Craig Road
Traverse City, MI 49686-9221

Steve Spurlock
2480 Sand Hill Rd #200
Menlo Park, CA 94025-6925

Technology Credit Union
2010 N FIRST ST
San Jose, CA 95131-2018

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

UNITED STATES TRUSTEE
450 GOLDEN GATE AVE.
5TH FLOOR, STE #05-0153
SAN FRANCISCO, CA 94102-3661

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Barzin Barry Sabahat
Anchor Law Group
940 Saratoga Ave. Ste 112
San Jose, CA 95129-3409

Nariman Seyed Teymourian
66 Barry Lane
Atherton, CA 94027-4023

Sarah L. Little
2415 San Ramon Valley Blvd. #4432
San Ramon, CA 94583-5381

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mercedes-Benz Vehicle Trust successor in int
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3400

Bank of America
PO Box 15019
Wilmington, DE 19886

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Department of Treasury - Internal Revenue Se
Department of the Treasury Internal Reve
Ogden, UT 84201

(d)Mercedes-Benz Vehicle Trust successor in i
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

U.S. Bank National Association
Bankruptcy Department
2800 Tamarack Road
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Genesis Capital, LLC

(u)Grobstein Teeple LLP

(u)JPMorgan Chase Bank, N.A.

(u)M360 SA Facility, LLC

(d)American Express
P.O. Box 981535
El Paso, TX 79998-1535

(u)Andy Fisher

(u)Andy Fisher
Unknown

(d)Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

(d)Chase Auto Service
911 Harrison St
San Francisco, CA 94107-1008

(d)Citibank
P.O. Box 6500
Sioux Falls, SD 57117-6500

(d)Community Bank of the Bay
180 GRAND AVENUE
SUITE 1550
Oakland, CA 94612-3703

(d)Dorian McKelvy
130 Shawnee Pass
Portola Valley, CA 94028-7629

(d)Hugh Cornish
1125 Merrill St
Menlo Park, CA 94025-4379

(d)Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262-0685

(d)Paladin Financial
4105 Lexington Ave N Suite
Suite 230
Saint Paul, MN 55126-6114

(d)Sandra Ferrando
305 Selby Ln
Atherton, CA 94027-3932

(d)Steve Spurlock
2480 Sand Hill Rd #200
Menlo Park, CA 94025-6925

(du)Andy Fisher

(u)Dorian McKelvy

(u)Hugh Cornish

(u)Paul Greenfield

(u)Sandra Ferrando

(u)Steve Spurlock

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 63 |
| Bypassed recipients | 23 |
| Total | 86 |