Brette L. Evans, SBN 177042
Kelly Klokow, SBN 280316
Evans Law Offices
255 N. Market Street, Suite 110
San Jose, CA 95110
(408) 298-8910
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re: | Case No.: 23-30668 DM |
|  | Chapter 13 |
| Nariman Teymourian, |  |
|  | CHANGE OF ADDRESS |
| Debtor(s). |  |

The permanent address for the Debtor has changed from:

| PREVIOUS ADDRESS | PERMANENT NEW ADDRESS |
|---|---|
| Nariman Teymourian<br>66 Barry Lane<br>Atherton, CA 90247 | Nariman Teymourian<br>125 Greenley Road.<br>New Canaan, CT 06840 |

Date:   1/10/2025                          /s/ Brette L. Evans
                                   Brette L. Evans, Attorney for Debtor(s)