# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Nariman Seyed Teymourian | Case No.: 23−30668 DM |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF ORDER
## DENYING DISCHARGE

Notice is hereby given that an order denying the discharge of the above−captioned debtor(s) was entered on **August 25, 2025**, in this bankruptcy case 24−03027.

Please refer to all documents on file with the Clerk of the United States Bankruptcy Court for particulars.

Dated: 8/25/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court